NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE FRANK ROBERT DITTO

2012-1182
(Serial No. 09/276,137)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Frank Robert Ditto, moves for leave to proceed in forma pauperis. The court treats Ditto's submission as his response to the July 11, 2012 order dismissing this appeal for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The July 11, 2012 dismissal order is vacated, the appeal is reinstated, and the mandate is recalled.

(3) The Director should calculate the due date for his brief from the date of filing of this order.

FOR THE COURT

JUL 2 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frank Robert Ditto
Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 26 2012

JAN HORBALY
CLERK